IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 OCT 13 P 4: 10

CLERK _____
SO. DIST. OF GA.

Emmanuel Rosado Torres

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. ___CV117-0129___
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

-against-

Georgia Department of Corrections
Interdiction Response team

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Emmanuel Rosado Torres

Street Address    1284 Mark Church Rd

City and County    Augusta, Richmond

State and Zip Code    Georgia   30909

Telephone Number    470-332.0300

E-mail Address    emmanuelrosado93@yahoo.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name    Georgia Department of Corrections

Job or Title (if known)    Commissioner

Street Address    300 Patrol Rd

City and County    Forsyth, Monroe

State and Zip Code    Georgia   31029

Telephone Number

E-mail Address (if known)

Defendant No. 2

Name    Interdiction Response Team

Job or Title (if known)

Street Address    300 Patrol Rd

City and County    Forsyth, Monroe

2

State and Zip Code _____Georgia   31029_____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s)
is:

Name _____Interdiction Response Team
Georgia Department of Correcations__

Street Address _____300 Patrol Rd_____

City and County _____Forsyth, Monroe_____

State and Zip Code _____Georgia   31029_____

Telephone Number _____

3

**Attachment A**

I began my employment with Georgia Department of corrections in September 2015, as a correctional officer 1. Since I joined "Interdiction Response Team" I have been subjected to different terms and conditions by several commanders. I have been subjected to verbal harassment, humiliation, made fun off in presence of co-workers, intimidated and threatened with my job. During my job interview, I informed my employer I was not very fluent in speaking English. Commander Bell, said that I was the shame of the unit; He forced me to perform extreme physical exercises by supervisors while yelling at me saying that I could leave the job if I don't like it . Commander Landor intimidated me by saying that I need to stop the shit of job I do, that Im nasty, and that I do not have a good performance. Commander, Landor said that I look like a piece of shit inside a cup with my uniform while laughing at me, he also forced me to sit in front of the group unit during a meeting because according to him, I do not pay attention: I had to leave the room because it was very humiliating and everybody was laughing at me. I have tried to reason with Commander Landor, but he put his hand in my face so I talk to his hand. I have complained on several different occasions to different commanders, but my complains have not been taken seriously. On or about August 3 2016, Leticia Cadenas, assistant special agent from internal affairs conducted an investigation about my complains. Ms, Cadenas told me that she found no discriminatory treatment and that I could leave the job if I cannot do the job. I showed up my evaluations wish were great.

On October 2015. I met Mr. Jimmy white (supervisor of commanders) to let him know that I feel racial discrimination and harassment against me by my unit at the Dept. of Corrections. Mr. White never took my complaints seriously. On December 2015 I made a formal complaint through the EEOC. Once my employer knew that I made a complaint through the EEOC. Mr. White asked me to make a report, but my complaint never was taken seriously. On December 2015 the EEOC sent a charge for racial discrimination and harassment to the Department of corrections, but the Department of Corrections never answered the charge. On March 2017 the EEOC sent a supine to Gregory C Dozier (commissioner at Georgia Dept. of Corrections, but more than 180 days passed and it never was answered, So I asked for The Right To Sue Letter.

After making my first complaint at the Dept. of Corrections the situation was even worse. I got a manual guide job and rules were more several with me. I got a letter which stated that I would be fired for several reasons. My coworkers and supervisors let me know the unit has troubles with my culture. Commander Sidney Landor, Officer Boyd. Maiz, Nibset and Tomas Goodwin expressed directly to me that the unit has troubles with my culture. I was forced to resign to my job by intimidation and physical and verbal aggressions. On March 10, 2017, I resigned to my job. Commanders let me know that because I made a complaint once I resign to my job I won't be hired in any other institution, I won't have a job and I'll have to come back to Puerto Rico. It is exactly what's going on. I've been rejected from 4 correctional institutions and two police department after I was a candidate to the position. Actually because of that, I'm unemployed for almost a year, I lost my house. Because the dept. of correction is in retaliation I can't find any other job and I've been losing money.

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.  See attachmen A

4

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☐   Termination of my employment.

☐   Failure to promote me.

☐   Failure to accommodate my disability.

☑   Unequal terms and conditions of my employment.

☑   Retaliation.

☐   Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

09-15-2015 to 03-10-2017

C.   I believe that defendant(s) *(check one)*:

☑   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑   race   Im hispanic

☐   color_____

☐   gender/sex _____

☐   religion _____

☑   national origin   Culture

☐   age.  My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐   disability or perceived disability *(specify disability)*

_____

E.   The facts of my case are as follows.  Attach additional pages if needed.

5

_____

_____

_____

_____

_____

_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.    **Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

August 24, 2016

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

July 25 2017

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

6

V, Relief

**Attachment B**

 Around 8/17/16 Commander Landor let me know that do to my EEOC complaints t I won't have any job in the future. I was forced to resign to my job. Actually I have been rejected from four correctional institutions and two police departments after I was a candidate to the position. I have lost eight month of salary,$23,336.00 . I lost my credit, my house and all what I had in my storage due to fault of payments. I have no health insurance and I have developed depression and anxiety due to emotional damages. I can't get any other job due to references from the department of corrections. The department of correction is in retaliation due to my EEOC complaint.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attachment B

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10|13 , 20 17

Signature of Plaintiff

Printed Name of Plaintiff    Emmanuel Rosado Torres

7

**B.**　　**For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

8