IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| EMMANUEL ROSADO TORRES, | ) |
| Plaintiff, | ) |
| v. | ) CV 117-129 |
| GEORGIA DEPARTMENT OF CORRECTIONS and INTERDICTION RESPONSE TEAM, | ) |
| Defendants. | ) |

**ORDER**

*Pro se* Plaintiff Emmanuel Rosado Torres seeks to proceed *in forma pauperis* in the above-captioned case. (Doc. no. 2.) While Plaintiff is a resident of Augusta, Georgia, located in Richmond County in the Augusta Division of the Southern District of Georgia, the events that comprise the basis of his complaint occurred at his place of employment in Monroe County, Georgia. (See doc. no. 1, pp. 2-3.) Because Monroe County is in the Middle District of Georgia, the proper venue is the Macon Division of the Middle District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division. 28 U.S.C.

1

§ 1406(a).  The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 26th day of October, 2017, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA